IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES DAVID INGMIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:14-CV-1223-WKW |
| PEREZ BRUNER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On April 13, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Defendants' Motion to Dismiss (Doc. # 11) is GRANTED to the extent Defendants' seek dismissal of Plaintiff's claims due to Plaintiff's failure to properly exhaust his administrative remedies, and that this action is DISMISSED without prejudice pursuant to 42 U.S.C. § 1997e(a).

A separate final judgment will be entered.

DONE this 7th day of May, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE